**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **ALTURO JUAN PASCO,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION FILE** |
| VS. : | **NO.  1:06-CV-81 (WLS)** |
| : | |
| **CHRIS HATCHER, and** : | |
| **LANCE MONTGERARD[1],** : | |
| : | |
| **Defendants.** : | |

**RECOMMENDATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

Plaintiff filed this complaint in May of 2006.  On or about August 2, 2006, the 'service package' for defendant Hatcher was returned to the court bearing the notation that he was not employed at the Dougherty County Jail, where the events giving rise to this lawsuit allegedly occurred.  Thus he has not been served with the complaint.

Federal Rule of Civil Procedure requires dismissal without prejudice if a defendant has not been served within 120 days of filing of the complaint upon notice to the plaintiff.  On December 5, 2008, the court ordered the plaintiff to show cause by December 23, 2008, why his complaint should not be dismissed pursuant to Rule 4(m).  The plaintiff has not responded to the show cause order which has not been returned to the court as undeliverable, giving rise to the presumption of receipt.  Accordingly, it is the RECOMMENDATION of the undersigned that plaintiff's complaint be dismissed without prejudice pursuant to Rule 4(m).  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the

---

[1] By previous order, this defendant has been dismissed as a party.

Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 6th day of January 2009.

*/S/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE